# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| E2E PROCESSING, INC., a Texas Corporation<br><br>Plaintiff,<br><br>v.<br><br>CABELA'S INCORPORATED<br><br>Defendant | Case No. 2:14-cv-00036-JRG-RSP<br>LEAD CASE |
| E2E PROCESSING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HALLMARK CARDS, INCORPORATED, a Missouri Corporation,<br><br>HALLMARK.COM, LLC, a Delaware Limited Liability Company<br><br>HALLMARK INTERACTIVE, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:14-cv-00038-JRG-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff E2E Processing, Inc. and defendant Hallmark. com, LLC in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff E2E Processing, Inc. and defendant Hallmark.com, LLC, are hereby dismissed with prejudice, subject to the terms of that certain agreement dated May 4, 2015.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them and neither party shall be required to pay any costs, attorneys' fees or other expenses of the other party that are associated with the matters settled by this Stipulated Motion for Dismissal with Prejudice.

**SIGNED this 23rd day of June, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE